[No. 1409.   Decided October 27, 1894.]

BUTLER BROTHERS, *Respondents*, v. THOMAS L. GREENOUGH, *Appellant*.

*Appeal from Superior Court, Spokane County.*

*James W. Marshall*, and *Thomas C. Marshall*, for appellant.

*A. G. Avery*, for respondents.

DUNBAR, C. J.— This action is brought upon the same pleadings and state of facts as the case of *Kelley v. Greenough, ante,* p. 659, and for the reasons assigned by us in that case the judgment here will be affirmed.

ANDERS, HOYT, STILES and SCOTT, JJ., concur.

---

[No. 1490.   Decided November 6, 1894.]

THE STATE OF WASHINGTON, *Respondent*, v. T. R. MANNING, *Appellant*.

*Appeal from Superior Court, Whitman County.*

*James W. Reid*, for appellant.

*J. N. Pickrell*, Prosecuting Attorney (*Chadwick & Fullerton*, and *C. M. Wyman*, of counsel), for The State.

DUNBAR, C. J.— This case grows out of the same state of affairs, and out of the same indictment as the case of *State v. Largent, ante*, p. 691, and the same disposition will be made of it, viz., the judgment will be reversed, and the cause remanded for a new trial.

HOYT and STILES, JJ., concur.